### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Action No. 13-cr-00240-RM-3
(Civil Action No.15-cv-00147-RM)

UNITED STATES OF AMERICA,

        Respondent,

v.

JESSIE TAFOYA,

        Petitioner.

### ORDER

After preliminary consideration of Petitioner's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States shall, **within thirty (30) days**, file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated February 19, 2015, at Denver, Colorado.

        BY THE COURT:

        _____
        RAYMOND P. MOORE
        United States District Judge