**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 13-cr-00240-RM-3
Civil Action No. 15-cv-00147-RM

UNITED STATES OF AMERICA,

    Petitioner,

v.

JESSIE TAFOYA,

    Respondent.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Motion Pursuant to 28 U.S.C. § 2255 of Judge Raymond P. Moore (Doc. 258, entered 4/3/15) it is

ORDERED that the Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Doc. 251, filed 2/9/15), is DENIED. It is

FURTHER ORDERED that the civil action 15-cv-00147-RM is dismissed. It is

FURTHER ORDERED that under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED.

    Dated at Denver, Colorado this 6th day of April, 2015.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                              By: s/   Cathy Pearson

                                        Cathy Pearson
                                        Deputy Clerk