**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00240-RM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3.    JESSIE TAFOYA,**

    Defendant.

_____

**ORDER DENYING MOTION FOR MODIFICATION OR REDUCTION
OF SENTENCE UNDER 18 U.S.C. § 3582(c)(2)**
_____

    This matter is before the Court on Defendant's Motion for Modification of Sentence Under 18 U.S.C. § 3582(c)(2) Pursuant to Retroactive Guideline Amendment 782 (ECF No. 265), hereinafter the "Motion." The Court has reviewed the Motion and the file in this matter. Being fully advised, the Court DENIES the Motion for the reasons set forth below.

    On March 18, 2014, the Court sentenced Defendant to a term of imprisonment of ten (10) years. Judgment entered on March 19, 2014. The term of imprisonment imposed was the mandatory minimum applicable to the Defendant under 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii). Assuming *arguendo* that U.S.S.G. Amendment 782 applies in this case, it cannot and does not authorize a sentence below an applicable mandatory minimum where, as here, the Court lacked authority to sentence below that mandatory minimum at sentencing. Therefore, any reduction in the base offense level under § 2D1.1 pursuant to the amendment neither invalidates

the mandatory minimum nor affords the Court with legal authority to reduce Defendant's sentence below the applicable mandatory minimum.

ACCORDINGLY, IT IS ORDERED:

That the Motion (ECF No. 265) is DENIED.

DATED this 9th day of December, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge